# Court of Appeals
# of the State of Georgia

ATLANTA,   April 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0051.  RUFUS v. OZBURN.**

We granted appellants' application for discretionary review of the superior court's order denying his request to proceed in forma pauperis.  As it appears that the issues presented in this appeal have already been addressed in *Rufus v. Ozburn*, Case No. A13A2218, we conclude that this appeal is now moot.  Accordingly, the appeal in Case No. A14A0051 is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/15/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*